Opinion PER CURIAM.

---

## Higginbotham *et al.* v. Higginbotham.

APPEAL from the Blount Probate Court.

Heard before the Hon. T. H. DAVIDSON.

EMERY C. HALL, DICKINSON & DARDEN, and J. W. DAVIDSON, for appellant.

INZER & WARD, for appellees.

The proceedings in this case were had upon the contest of a will, which was filed for probate by the appellants. The appellee contested the probate of the will upon the ground of the testator having been unduly influenced. There were verdict and judgment in favor of the contestant. The proponents appeal. Judgment reversed and cause remanded.

Opinion by HARALSON, J.